UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ADRIENNE HALBERSTAM,<br><br>  Plaintiff,<br><br>v.<br><br>AGROFRESH SOLUTIONS, INC., JOHN ATKIN, ROBERT J. CAMPBELL, ALEXANDER CORBACHO, DENISE L. DEVINE, NANCE K. DICCIANI, CLINTON A. LEWIS, JR., KAY KUENKER, DAVID MCINERNEY, and KEVIN SCHWARTZ,<br><br>  Defendants. | Case No. 1:23-cv-02389-MKV<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Adrienne Halberstam ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 3, 2023

                                            **WEISS LAW**

                                            By _____
                                            Michael Rogovin
                                            476 Hardendorf Ave. NE
                                            Atlanta, GA 30307
                                            Tel: (404) 692-7910
                                            Fax: (212) 682-3010
                                            Email: mrogovin@weisslawllp.com

                                            *Attorneys for Plaintiff*